**SEALED**

**FILED**

OCT 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR )<br>(1) 12898 Slate Creek Road, )<br>Nevada City, CA; )<br>(2) 5859 Devecchi Avenue, )<br>Building "C" Suite 16, Citrus)<br>Heights, CA; )<br>(3) Gray Honda Element, )<br>bearing California tag )<br>"5LXD960" ) | 2:12-SW- 633 CKD<br><br>**UNDER SEAL**<br><br>ORDER SEALING SEARCH WARRANT<br>APPLICATION AND SEARCH WARRANT |

O R D E R

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the above-identified Search Warrant, Search Warrant Application, and the United States's Request to Seal and this Court's Order in this case shall all be **SEALED** until further order of this Court.

**IT IS SO ORDERED.**

DATED: 10/2/2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE